111 First Street
Bay City, MI 48708

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **16−22246−dob**

In Re: (NAME OF DEBTOR(S))

    Ronald Frierson

_____/

**NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES**

NOTICE IS HEREBY GIVEN that on **05/16/2017** an Order Establishing Deadlines and Procedures was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline to file claims is **8/10/17** except for governmental units the deadline to file claims is 180 days from the date the petition was filed.

2. Deadline for debtor to file motions is **July 29, 2017** . This is also the deadline to file all unfiled overdue tax returns.

3. Deadline for parties to request the debtor to include information in the disclosure statement is **August 28, 2017** .

4. Deadline for debtor to file combined plan and disclosure statement is **September 26, 2017** .

5. Deadline to return ballots on plan, file objections to final approval of disclosure statement and objections to confirmation of plan is . Ballot form should be returned to debtor's attorney.

6. Hearing on objections to disclosure statement and confirmation of plan is set for **at AM in** .

7. Deadline for all professionals to file final fee applications is .

8. Deadline to file objections to the Order Establishing Deadlines and Procedures is **June 5, 2017** .

9. Deadline for taxing authorities to file a motion to allow an administrative expense is .

10. Deadline to file a motion to extend the deadline to file a plan is **August 28, 2017** .

11. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is .

Counsel for the debtor and parties may obtain a copy of the "Requirements for a Combined Plan and Disclosure Statement" from the Court's website at www.mieb.uscourts.gov.

Dated: 5/16/17

                                                  Katherine B. Gullo , Clerk of Court
                                                  UNITED STATES BANKRUPTCY COURT

```
                         United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                        Case No. 16-22246-dob
Ronald Frierson                                               Chapter 11
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-1          User: jclar                 Page 1 of 2                   Date Rcvd: May 16, 2017
                              Form ID: estddl             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db             +Ronald Frierson,    2746 Larry Tim Dr.,    Saginaw, MI 48601-5614
24506692       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
24581762        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
24506693       +Chase Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
24506694       +Comenity Bank/Meijer,    PO Box 182789,    Columbus, OH 43218-2789
24506696       +David Cardenas,    16400 North Dallas Pkwy,    Dallas, TX 75248-2639
24506687       +Equifax,   PO Box 740241,    Atlanta, GA 30374-0241
24506689       +Experian,   PO Box 4000,    Allen, TX 75013-1302
24506698       +Georgette Frierson,    2746 Larry Tim Dr.,    Saginaw, MI 48601-5614
24506701       +Neighborhood Mortgage Solutions, LLC,    580 N Main St.,    Frankenmuth, MI 48734-1118
24506702      #+New Covenant Christian Center,    523 Hayden St.,    Saginaw, MI 48607-1122
24506685        Office of Child Support,    Department of Human Services,    235 S. Grand Ave.,    PO Box 30478,
                 Lansing, MI 48909-7978
24589303       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
24506703       +Remer Plumbing, Heating & Air Cond., Inc,     5565 State St.,    Saginaw, MI 48603-3693
24506704       +Saginaw County Treasurer,    111 S. Michigan Ave.,    Saginaw, MI 48602-2019
24506705       +Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
24506706       +St. Marys of Michigan,    P.O Box 773274,    3274 Solutions Center,    Chicago, IL 60677-3002
24506707       +St. Marys of Michigan,    Attn #848589X,    PO Box 14000,    Belfast, ME 04915-4033
24506690       +State of Michigan UIA,    3024 W. Grand Blvd.,    Detroit, MI 48202-6024
24506709       +Team One Credit Union,    520 Hayden St.,    Saginaw, MI 48607-1121
24560397       +Team One Credit Union,    c/o Karl L. Wenzloff,    903 North Jackson Street,
                 Bay City, MI 48708-5953
24506710       +Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
24560849       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
24506688       +TransUnion,    P.O. Box 2000,    Chester, PA 19022-2000
24506684       +United States Attorneys Office,    Attn: Civil Division,    211 W. Fort St., Suite 2001,
                 Detroit, MI 48226-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: BKRMailOps@weltman.com May 16 2017 22:59:26      Copper River Funding LLC,
                 c/o Weltman, Weinberg & Reis, Co., L.P.A,    3705 Marlane Drive,    Grove City, OH 43123-8895
24506691       +E-mail/Text: bschuknecht@saginawcounty.com May 16 2017 22:58:43      10th Circuit Court,
                 111 S Michigan Ave.,    Saginaw, MI 48602-2019
24506695       +E-mail/Text: BKRMailOps@weltman.com May 16 2017 22:59:26      Copper River Funding,
                 C/O Weltman Weinberg Reis Co LPA,    2155 Butterfield Dr., Ste 200-S,    Troy, MI 48084-3463
24506697        E-mail/Text: mrdiscen@discover.com May 16 2017 22:58:35      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
24522552        E-mail/Text: mrdiscen@discover.com May 16 2017 22:58:35      Discover Bank,
                 Discover Products Inc,    Po Box 3025,    New Albany, OH 43054-3025
24506699       +E-mail/Text: bankruptcy@ibcp.com May 16 2017 22:58:46      Independent Bank,
                 201 W Big Beaver 125,    Troy, MI 48084-5240
24506683       +E-mail/Text: cio.bncmail@irs.gov May 16 2017 22:58:42      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
24506700       +E-mail/Text: bnckohlsnotices@becket-lee.com May 16 2017 22:58:37      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
24506686       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov May 16 2017 23:00:16
                 Michigan Department of Treasury,    PO Box 30199,    Lansing, MI 48909-7699
24506708       +E-mail/Text: BKRMailOps@weltman.com May 16 2017 22:59:26      Stuart Best,
                 2155 Butterfield Dr.,    Suite 200,    Troy, MI 48084-3463
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Independent Bank
cr              Neighborhood Mortgage Solutions, LLC
cr              Team One Credit Union
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:

      Christopher E. Frank    on behalf of Creditor    Neighborhood Mortgage Solutions, LLC cfrank@theleducgroup.com
      Drew P. Millitello    on behalf of Debtor Ronald  Frierson drew@detroitlawyers.com, ecf@detroitlawyers.com;r40170@notify.bestcase.com
      Geoffrey J. Peters    on behalf of Creditor    Copper River Funding LLC gpeters@weltman.com
      Karl Lewis Wenzloff    on behalf of Creditor    Team One Credit Union kwenzloff@sbcglobal.net, wenzloffbankruptcy@sbcglobal.net
      Michael P. DiLaura    on behalf of Debtor Ronald  Frierson miked@mikedlaw.com
      Peter D. Cronk, Jr.    on behalf of Creditor    Independent Bank pcronk@plunkettcooney.com

                                                                                                                              TOTAL: 6